**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jaremy L Wray** | Social Security number or ITIN **xxx–xx–0420** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Idaho** | | |
| Case number:  **18–40262–JMM** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jaremy L Wray

7/13/18

**By the court:**    <u>Joseph M Meier</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of Idaho

In re:                                                                    Case No. 18-40262-JMM
Jaremy L Wray                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-4          User: admin                Page 1 of 2          Date Rcvd: Jul 16, 2018
                              Form ID: 318               Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db             #+Jaremy L Wray,    PO Box 3644,    Idaho Falls, ID 83403-3644
cr              +Jacob Grant Property Management, Inc.,    490 Park Ave,    Idaho Falls, ID 83402-1203
4903813         +Auto Image,    965 E Lincoln,    Idaho Falls, ID 83401-2119
4889197         +Best of SE Idaho Emerg Phys,    PO Box 98740,    Las Vegas, NV 89193-8740
4889198         +Bingham Memorial Hospital,    98 Poplar St.,    Blackfoot, ID 83221-1799
4889199         +Blackfoot Medical Center,    1441 Parkway Drive,    Blackfoot, ID 83221-1667
4889200         +Bonneville Billing,    Po Box 50820,    Idaho Falls, ID 83405-0820
4889203         +Cbp Affiliated Service,    1246 Yellowstone Ave Ste D1,    Pocatello, ID 83201-4373
4889204         +Check into Cash,    1175 E 17th Street,    Idaho Falls, ID 83404-6125
4889205         +City of Ammon,    2135 S Ammon Rd,    Idaho Falls, ID 83406-6855
4903814          City of Idaho Falls Ambulance,    PO Box 269110,    Sacramento, CA 95826-9110
4889206         +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
4889209         +DJ Marc Cardinal,    98 Poplar St,    Blackfoot, ID 83221-1758
4889210         +Edc/jacob Grant Prop M,    490 Park Ave Ste 1,    Idaho Falls, ID 83402-1203
4889213         +Grand Teton Gastroenterology,    2770 Cortez Ave,    Idaho Falls, ID 83404-7590
4889214         +ICCU,    4400 Central Way,    Pocatello, ID 83202-5096
4889215         +Idaho Title Loans,    1725 E 17th St,    Idaho Falls, ID 83404-6314
4903819         +Intermountain Anesthesia,    PO Box 94289,    Seattle, WA 98124-6589
4903815         +Intermountain Emergency Phy,    PO box 96208,    Oklahoma City, OK 73143-6208
4889216        #+Intermountain Gas,    PO Box 64,    Boise, ID 83732-0064
4889217         +Jacob Grant Property Mgmt,    490 Park AVe,    Idaho Falls, ID 83402-1203
4889218        #+Mavrick Finance,    3045 E 17th Street,    Idaho Falls, ID 83406-6760
4889219          Max Lend,    PO Box 639,    Portal, ND 58772
4889220         +Medical Imaging Assoc,    Bankruptcy Correspondence,    PO Box 2671,    Idaho Falls, ID 83403-2671
4889221         +Mid America Bank   T,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
4889223        #+Outsource Receivables Management,    Attn: Bankruptcy Dept,    372 24th St. Ste 300,
                  Ogden, UT 84401-1438
4889228        ++PACIFICORP,    ATTN BANKRUPTCY,    PO BOX 25308,    SALT LAKE CITY UT 84125-0308
                 (address filed with court:   Rocky Mountain Power,    PO Box 26000,    Portland, OR 97256-0001)
4889226         +Reliable Credit Assc I,    2080 S Eagle Rd,    Meridian, ID 83642-6707
4889227          Rise,    Attn: Bankruptcy,    Oi Box 101808,    Fort Worth, TX 76185
4903817          Sterling Urgent Care,    740 S Woodruff Ave,    Idaho Falls, ID 83401-5285
4903818          Teton Hospital Services,    PO Box 94428,    Oklahoma City, OK 73143-4428
4889231         +Verve credit Card,    PO box 3046,    Oshkosh, WI 54903-3046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRSHOPKINS.COM Jul 17 2018 04:23:00      R Sam Hopkins,    POB 3014,
                  Pocatello, ID 83206-3014
4889201         +E-mail/Text: banko@bonncoll.com Jul 17 2018 00:20:29      Bonneville Collections,
                  Po Box 150621,    Ogden, UT 84415-0621
4889202         +EDI: CAPITALONE.COM Jul 17 2018 04:23:00      Capital ONe Bank,    PO Box 71083,
                  Charlotte, NC 28272-1083
4889207         +EDI: RCSFNBMARIN.COM Jul 17 2018 04:23:00      Credit One Bank,    Attn: Bankruptcy,
                  Po Box 98873,    Las Vegas, NV 89193-8873
4889208         +E-mail/Text: srcu-r7bankruptcy@dhw.idaho.gov Jul 17 2018 00:20:20      Dept Of Health welfare,
                  450 W State St,    Boise, ID 83702-6056
4889211         +EDI: HCA2.COM Jul 17 2018 04:23:00      EIRMC,    3100 Channing Way,    Idaho Falls, ID 83404-7533
4889212         +EDI: BLUESTEM Jul 17 2018 04:23:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
                  Saint Cloud, MN 56303-0820
4903816         +E-mail/Text: office@medicalrecovery.org Jul 17 2018 00:20:26      Medical Recovery,
                  PO Box 51178,    Idaho Falls, ID 83405-1178
4889222         +E-mail/Text: elliem@outsourcerec.com Jul 17 2018 00:20:30      Outsource Rcvbl,
                  106 N. Woodruff Ave,    Idaho Falls, ID 83401-4335
4889225          EDI: PRA.COM Jul 17 2018 04:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
4889224         +E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 17 2018 00:20:27      Plain Green Loans,
                  93 Mack Road, Suite 600,    Po Box 270,    Box Elder, MT 59521-0270
4889229         +EDI: SECFIN.COM Jul 17 2018 04:23:00      Security Fin,    Sfc Centralized Bankruptcy,
                  Po Box 1893,    Spartanburg, SC 29304-1893
4891826         +E-mail/Text: srcu-r7bankruptcy@dhw.idaho.gov Jul 17 2018 00:20:20
                  State of Idaho Dept of Health & Welfare,    Child Support Services,    150 Shoup Ste 14,
                  Idaho Falls ID 83402-3653
4889230         +E-mail/Text: eriksonlaw@gmail.com Jul 17 2018 00:20:13      Todd Erickson,
                  3456 E 17th Street #280,    Idaho Falls, ID 83406-5072
4889233         +E-mail/Text: podell086@westmark.org Jul 17 2018 00:20:36      Westmark Credit Union,
                  PO Box 2869,    Idaho Falls, ID 83403-2869
4889232         +E-mail/Text: podell086@westmark.org Jul 17 2018 00:20:36      Westmark Credit Union,
                  1050 Foote Dr,    Idaho Falls, ID 83402-1838
                                                                                               TOTAL: 16
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0976-4          User: admin              Page 2 of 2            Date Rcvd: Jul 16, 2018
                              Form ID: 318             Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Leland   Faux    on behalf of Creditor    Jacob Grant Property Management, Inc. leland@lelandfaux.com
              R Sam Hopkins    AWilliams32@cableone.net,  ID13@ecfcbis.com
              Ryan E Farnsworth    on behalf of Debtor Jaremy L Wray ryan@averylaw.net,
               ch@averylaw.net;twinfalls@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;pocatello@averylaw
               .net;lawar78055@notify.bestcase.com
              US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 4